IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MATTIE MAE GRANTT                                                                              PLAINTIFF

vs.                                      Civil No. 1:15-cv-01069

CAROLYN W. COLVIN                                                                           DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 8th day of August 2016, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

   **IT IS SO ORDERED.**

                                                                /s/  Barry A. Bryant
                                                                HON. BARRY A. BRYANT
                                                                U. S. MAGISTRATE JUDGE